# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JAMES TAPIO AND DEANNA TAPIO,**

        **Plaintiff,**

    **-vs-**

**Case No. 05-C-283**

**SELECT FINANCIAL SERVICES**,

        **Defendant.**

## ORDER TO DISMISS

Upon the stipulation of the parties,

**IT IS ORDERED** that this action be dismissed with prejudice and without costs.

Dated at Milwaukee, Wisconsin, this 25th day of August, 2005.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**